UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL ALBERT MARIN, J.D.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF REHABILITATION,<br><br>Defendant. | Case No. 1:26-CV-03774-JLT-FJS<br><br>ORDER RE: NOTICE OF RESUBMISSION OF FIRST AMENDED COMPLAINT<br><br>(ECF No. 16) |

On August 6, 2026, the court ordered Plaintiff Nigel Albert Marin ("Plaintiff") to file either a "first amended complaint [or] a second amended complaint in which he may attempt to add information about the events that took place during the July 2026 bar examination [,]" within thirty days. (*See* ECF No. 14 at 5.) Accordingly, Plaintiff had until September 5, 2026, to file an amendment.

On September 3, 2026, Plaintiff filed his first amended complaint. (*See* ECF No. 15.) That same day, Plaintiff also filed a "notice of resubmission and explanation of clerk's window discrepancy" (ECF No. 16) requesting that "the Court accept September 3, 2026[,] as the operative filing date of the First Amended Complaint and Exhibit Packet, or alternatively September 4, 2026." (*Id.* at 2.) Plaintiff's notice also outlines explanations for any potential filing date discrepancies. (*Id.*) In the event that his documents were not timely filed, Plaintiff requests

that the court provide him with leave to amend and/or supplement the record to ensure he has an operative complaint on file. (*Id.* at 1, 3.)

The court notes that Plaintiff's first amended complaint and index of exhibits was marked as "filed" by the Clerk's Office on September 3, 2026. (*See* ECF No. 15.) The court will, therefore, regard Plaintiff's first amended complaint as timely filed on September 3, 2026. Given that Plaintiff now has an operative complaint on file, his alternative request for leave to amend is denied as moot.

In addition, now that Plaintiff has an operative complaint on file, the court reminds Plaintiff that it is required to screen complaints of *pro se* litigants proceeding *in forma pauperis* pursuant to Title 28 of the United States Code section 1915(e)(2). During this screening, the court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

As a result, no summons will issue at this time. The court will direct the United States Marshal to serve Plaintiff's complaint only after the court has screened Plaintiff's first amended complaint and determined that it contains cognizable claims for relief against the named defendant. The court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE